Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
Amanda N. Griffith - 288164
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant,
RASH CURTIS & ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO KANTE,<br><br>    Plaintiff,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    Defendants. | Case No.: 3:16-cv-05807-EDL<br><br>**DEFENDANT RASH CURTIS AND ASSOCIATES' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons or entities, other than the named parties, have a financial interest in the subject matter of this litigation or an interest that could be substantially affected by the outcome of the proceeding: Terry Paff.

Dated: November 2, 2016         ELLIS LAW GROUP LLP


By  /s/ *Andrew M. Steinheimer*
    Andrew M. Steinheimer
    Attorney for Defendant,
    RASH CURTIS & ASSOCIATES

# CERTIFICATE OF SERVICE

I, Roxy A. Chipak, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On November 2, 2016, I served the following document(s) on the parties in the within action:

**DEFENDANT RASH CURTIS AND ASSOCIATES' CERTIFICATE OF INTERESTED PARTIES**

| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

| | |
|---|---|
| Bosco Kante<br>465 Canyon Oaks Drive, Apt. F<br>Oakland, CA 94605 | Plaintiff in Pro Per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 2, 2016.

By: _____
Roxy A. Chipak