Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
Amanda N. Griffith - 288164
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO KANTE,<br><br>   Plaintiff,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>   Defendants. | Case No.: 3:16-cv-05807-EDL<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO DISMISS**<br><br>DATE:   DECEMBER 22, 2016<br>TIME:   10:00 A.M.<br>CRTRM: 4 – 17TH FLOOR<br><br>HON. MAG. JUDGE VINCE CHHABRIA |

TO THE COURT AND ALL PARTIES:

Please take Notice that Defendant Rash Curtis & Associates hereby withdraws its Motion to Dismiss Plaintiff's Complaint scheduled to be heard on December 22, 2016.

Dated: November 29, 2016         ELLIS LAW GROUP LLP


                                 By  /s/ *Amanda N. Griffith*
                                    Amanda N. Griffith
                                    Attorney for Defendant,
                                    RASH CURTIS & ASSOCIATES

- 1 -

NOTICE OF WITHDRAWAL OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On November 29, 2016, I served the following document(s) on the parties in the within action:

**NOTICE OF WITHDRAWAL OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO DISMISS**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

| | |
|---|---|
| Bosco Kante<br>465 Canyon Oaks Drive, Apt. F<br>Oakland, CA 94605 | Plaintiff in Pro Per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 29, 2016.

By: _____
Jennifer E. Mueller

NOTICE OF WITHDRAWAL OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO DISMISS