1  Mark E. Ellis - 127159
   Amanda N. Griffith - 288164
2  ELLIS LAW GROUP LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  agriffith@ellislawgrp.com

6  Attorneys for Defendant
   RASH CURTIS & ASSOCIATES

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOSCO KANTE,                    Case No.: 4:16-CV-05807-YGR

12      PLAINTIFF,                 **STIPULATION OF DISMISSAL**

13 v.
                                   Compliance Hearing: March 31, 2017
14 RASH CURTIS & ASSOCIATES,       Time: 9:01 a.m.
                                   Courtroom: 1
15      DEFENDANT.
                                   Honorable Yvonne Gonzalez Rogers
16

17

18 TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

19      IT IS HEREBY STIPULATED by and between plaintiff Bosco Kante and defendant Rash

20 Curtis & Associates, that Rash Curtis & Associates be dismissed from this action with prejudice

21 pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own

22 attorneys' fees and costs.

23 //

24 //

25

26

27

28

STIPULATION OF DISMISSAL

1 | Dated: 3/6/2017

By _____
Bosco Kante

3 | Dated: 3/6/2017

ELLIS LAW GROUP LLP

By _____
Amanda N. Griffith
Attorneys for Defendant
RASH CURTIS & ASSOCIATES

~~[PROPOSED]~~ **ORDER**

Pursuant to the stipulation of the Parties, Rash Curtis & Associates is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 8, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE